IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANNIA

| | |
|---|---|
| MEGAN FOX, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC. trading and doing business as CHIPOTLE,<br><br>*Defendant.* | Civil Action No. 2:20-cv-1448<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **23** day of February 2021, IT IS HEREBY ORDERED for the reasons set forth in the Memorandum Opinion filed this day, Plaintiffs Megan Fox and Bridget McMahon's Motion to Remand to State Court (ECF No. 3) is DENIED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE