## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN FOX and BRIDGET MCMAHON, on behalf of themselves and all others similarly situated, | CIVIL ACTION <br><br> No. 2:20-cv-01448-WSS |
| Plaintiffs, | |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE, | |
| Defendant. | |

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiffs' Motion to Modify Case Management Order, it is hereby **ORDERED** that the Motion is **GRANTED**. Expert reports as to class certification are to be served by November 1, 2021. Rebuttal expert reports as to class certification are to be served by November 10, 2021.

_____
William S. Stickman, U.S. District Judge

65899-1
4852-7382-5787, v. 1