## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN FOX and BRIDGET MCMAHON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 2:20-cv-01448-WSS |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES

　　Defendant Chipotle Mexican Grill, Inc. hereby moves the Court, pursuant to Local Civil Rule 7 and Parts II.A. and II.C. of the Court's practices and procedures, for an extension of time to file a response to Plaintiffs' Motion to Compel Discovery Responses (Doc. 65). Pursuant to this Court's Second Case Management Order (Doc. 60), the deadline for Defendant's response to Plaintiffs' discovery motion is October 26, 2021. Defendant respectfully requests a six-day extension (from October 26, 2021, to Monday, November 1, 2021) to file its response to Plaintiffs' Motion to Compel Discovery Responses. There have been no previous requests to extend the time to respond to this motion, and the requested extension will not impact any other aspect of the case.

　　WHEREFORE, Defendant respectfully requests that the Court GRANT its motion and extend the deadline for Defendant's response to Plaintiffs' discovery motion as provided herein. Pursuant to Part II.A. of the Court's practices and procedures, undersigned counsel conferred with counsel for Plaintiffs, who consents to the relief requested in this motion, and a proposed form of order is filed contemporaneously herewith.

[Signature on Following Page.]

Dated: October 25, 2021

*/s/ Robert J. Mollohan, Jr.*
Elizabeth Bulat Turner (admitted *pro hac vice*)
Bar I.D. GA 558428
Robert J. Mollohan, Jr. (admitted *pro hac vice*)
Bar I.D. GA 984253
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA  30319
Telephone: (404) 909-8100
bturner@martensonlaw.com
rmollohan@martensonlaw.com

-and-

Lindsey Conrad Kennedy
Bar I.D. PA 318318
Derek J. Illar
Bar I.D. PA 307492
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone: (412) 566-2105
lkennedy@eckertseamans.com
dillar@eckertseamans.com

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021 the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES** has been sent via ECF notice to Plaintiff's counsel:

Frank G. Salpietro, Esq.
Rothman Gordon, P.C.
310 Grant Street - Third Floor
Pittsburgh, PA 15219
(412) 338-1185 (telephone)
(412) 246-1785 (facsimile)
fgsalpietro@rothmangordon.com

*/s/ Robert J. Mollohan, Jr.*
Robert J. Mollohan, Jr.
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA  30319
Telephone: (404) 909-8100
rmollohan@martensonlaw.com