## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN FOX and BRIDGET MCMAHON, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE,<br><br>       Defendant. | CIVIL ACTION NO. 2:20-cv-01448-WSS |

**[PROPOSED]**
**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES**

      Pending before the Court is Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Compel Discovery Responses. Having considered the Motion and all other matters of record, for good cause shown IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant shall be required to file its response to Plaintiffs' Motion to Compel Discovery Responses (Doc. 60) no later than Monday, November 1, 2021.

                                                   BY THE COURT:

_____                         _____
Date                                                    WILLIAM S. STICKMAN IV
                                                           UNITED STATES DISTRICT JUDGE

                                      [Signature of Counsel on Following Page.]

PROPOSED ORDER PREPARED BY:

*/s/ Robert J. Mollohan, Jr.*
Elizabeth Bulat Turner (admitted *pro hac vice*)
Bar I.D. GA 558428
Robert J. Mollohan, Jr. (admitted *pro hac vice*)
Bar I.D. GA 984253
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA 30319
Telephone: (404) 909-8100
bturner@martensonlaw.com
rmollohan@martensonlaw.com

-and-

Lindsey Conrad Kennedy
Bar I.D. PA 318318
Derek J. Illar
Bar I.D. PA 307492
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412) 566-2105
lkennedy@eckertseamans.com
dillar@eckertseamans.com

*Attorneys for Defendant*