IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN FOX and BRIDGET MCMAHON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE,<br><br>    Defendant. | CIVIL ACTION NO. 2:20-cv-01448-WSS |

**[PROPOSED]**
**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES**

Pending before the Court is Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Compel Discovery Responses. Having considered the Motion and all other matters of record, for good cause shown IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant shall be required to file its response to Plaintiffs' Motion to Compel Discovery Responses (Doc. 60) no later than Monday, November 1, 2021.

BY THE COURT:

10-26-21
Date

_[signature]_
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

[Signature of Counsel on Following Page.]