# EXHIBIT 4

Bridget McMahon September 29, 2021
Fox, Megan v. Chipotle Mexican Grill Inc.

Page 1

1       IN THE UNITED STATE DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2                        - - -
3    MEGAN FOX & BRIDGET      :
     MCMAHON, ON BEHALF OF    :
4    THEMSELVES AND ALL OTHERS
     SIMILARLY SITUATED       :
5       Plaintiffs            :
                              :
6         vs.                 :
                              :
7    CHIPOTLE MEXICAN GRILL,:
     INC., d/b/a CHIPOTLE     :   NO.
8       Defendant             :   2:20-CV-01448-WSS
9                        - - -
              Wednesday, September 29, 2021
10                       - - -
11            Oral Deposition of BRIDGET
12   MCMAHON, taken remotely pursuant to notice,
13   held at 310 Grant Street, Pittsburgh,
14   Pennsylvania commencing at 9:30 a.m., and
15   reported stenographically by Janice L. Welsh,
16   Court Reporter, Notary Public in and for the
17   Commonwealth of Pennsylvania.
18                      * * *
19
20
21
22
23
24
25

Page 18

1  A   Yes.
2  Q   And that is your lawyer's daughter?
3  A   Yes.
4  Q   Tell me what Isabella asked you about.
5  A   She asked me if I had experienced the
6  same thing.
7  Q   Tell me everything you remember about
8  that conversation with Isabella, please.
9  A   I remember this happening to Megan, and
10 then it happening to me as well, and then
11 speaking to our friend, Isabella, about it she
12 had mentioned again, and I knew, that her
13 father was a lawyer, and that I could speak to
14 her father about it.
15 Q   So, did you talk to Isabella about it
16 before or after you talked about it with
17 Megan?
18 A   At the same time.
19 Q   Were the three of you together for the
20 conversation?
21 A   Yes.
22 Q   Where were you during that conversation?
23 A   I don't remember.
24 Q   Was it an in-person conversation?
25 A   Some.

Page 19

1  Q   The first time you all spoke about it,
2  was it an in-person conversation?
3  A   I don't remember.
4  Q   When you say some, are you saying that
5  you did speak about it in person, and then
6  also either electronically, whether phone,
7  text, or other means; is that right?
8  A   Yes.
9  Q   Did you have text messages about the
10 issue?
11 A   Prior to the Complaint, yes.
12 Q   So, you had some text messages about the
13 issue prior to getting a lawyer to represent
14 you in the case?
15 A   Yes.
16 Q   And those text messages were to and from
17 Megan Fox and to and from Isabella Salpietro?
18 A   Yes.
19 Q   Did you look for and provide those text
20 messages to your lawyer in this case?
21 A   No.
22 Q   You mentioned you talked about the issue
23 with Isabella. Did Isabella say the same
24 thing happened to her, or were you just
25 including her in your conversation about the

Page 20

1  issue along with Megan?
2  A   Including.
3  Q   So, to your knowledge, Isabella had not
4  experienced that issue while at Chipotle,
5  correct?
6  A   No. Not to my knowledge.
7  Q   I'm done with that exhibit for now. So,
8  I'll take that down.
9      Did you assist your lawyer in
10 gathering any documents to produce in this
11 case?
12 A   No. I'm sorry, yes.
13 Q   Can you tell me what you did to look for
14 documents that are relevant to this case?
15 A   I provided my receipt, as well a picture
16 of the cash that I received.
17 Q   Did you do anything else besides taking
18 that picture and providing a picture of the
19 cash?
20 A   I don't think so.
21 Q   Did you search your emails for any
22 communications that might be relevant to this
23 issue?
24 A   No.
25 Q   Other than taking a picture of your

Page 21

1  receipt, and the cash, did you look for any
2  hard copy documents that might be relevant to
3  your claims in this case?
4  A   I don't think so.
5  Q   The photo of the receipt and the cash --
6  let me actually pull it up. I'll enter it as
7  an exhibit. Let me know when you can see this
8  document.
9           - - -
10      (Whereupon the document was
11   marked, for identification purposes, as
12   Exhibit-2.)
13          - - -
14      THE WITNESS: I can see it.
15 BY MS. TURNER:
16 Q   I'll represent to you that Exhibit-2 is
17 Plaintiff's Objections and Responses to the
18 First Request for Production of Documents that
19 Chipotle served. Did you receive or review
20 these responses to Chipotle at any time?
21 A   Yes.
22 Q   I'm going to go to your verification.
23 You see there is another verification here,
24 and it has your signature on it dated June
25 30th, 2021. Again, you're verifying that the

Page 22

1 responses are true and correct to the best of
2 your knowledge, information and belief. Did
3 you review those responses and provide that
4 verification?
5  A     Yes.
6  Q     On the screen I'm showing you what is
7 page 15 of Exhibit-2. It's marked as
8 Fox/McMahon-1. In the lawyer world we call
9 that a Bates number. So, plaintiff's Bates
10 number one. Is that a copy of the picture you
11 took to show your receipt and the change you
12 received at Chipotle?
13  A     Yes.
14  Q     Do you have a better copy of this? You
15 can see that it's a little blurry. Do you
16 have a better copy?
17  A     No.
18  Q     Can you read the text on this receipt in
19 this photo?
20  A     Some.
21  Q     Let me see if I can zoom in here and
22 allow you to still read it. Obviously, I can
23 read Chipotle Mexican Grill. Can you read
24 that next line under it?
25  A     I cannot.

Page 23

1  Q     It looks like under that is an address.
2 I see Allison Park, PA. Other than that can
3 you read it?
4  A     The street name is William Flynn
5 Highway.
6  Q     Can you read that number that is right
7 below the address?
8  A     No.
9  Q     Can you read the next three lines?
10  A     I see the host's name is Zachary. I
11 cannot read the other two.
12  Q     And then the next two lines I'm circling
13 with my mouse, can you read those lines?
14  A     Chicken bowl, veggie bowl.
15  Q     And then under that, can you read those
16 lines?
17  A     I can read reward points are on the way,
18 and then I cannot read after that.
19  Q     Under that there's another little block
20 of text. Can you read that part?
21  A     I can only read free Chipotle for a
22 year.
23  Q     Under that there are two lines. Can you
24 read the text under those two lines?
25  A     I see complete rules visit our website.

Page 24

1  Q     Then under that I see what I think is
2 subtotal, and it has a number there. Can you
3 read that?
4  A     The number there I see is 14.
5  Q     And there are some other numbers in the
6 form of change under that. Can you read the
7 bottom four lines here?
8  A     I see take out total. I cannot read
9 under that. And I see cash and change.
10  Q     How much was the total here? Can you
11 read that?
12  A     $15.51.
13  Q     And the cash says $20.00?
14  A     Yes.
15  Q     And the change says $4.49?
16  A     Yes.
17  Q     Can you read the text at the bottom of
18 the receipt? It looks like it's five or six
19 lines. Can you read that?
20  A     No.
21  Q     ==I think you testified to this, but I==
22 ==want to make sure. Other than this photo did==
23 ==you provide any other documents, whether==
24 ==electronic, hard copy, whatsoever to your==
25 ==attorney in connection with this matter?==

Page 25

1  A     ==Not that I can remember.==
2  Q     Other than the name you stated at the
3 beginning of this deposition, have you ever
4 been known by any other names?
5  A     No.
6  Q     You're fairly young. So, I assume
7 you're not married?
8  A     No.
9  Q     I'm going to admit one other exhibit
10 here. These are your interrogatory
11 responses. This is just to make this go a
12 little more quickly, since you provided some
13 of this information to us already.
14              - - -
15          (Whereupon the document was
16    marked, for identification purposes, as
17    Exhibit-3.)
18              - - -
19 BY MS. TURNER:
20  Q     I have marked Exhibit-3. This is your
21 Objections and Responses to The First Set of
22 Interrogatories to you. Do you recall
23 receiving a draft of this and reviewing it to
24 make sure it was correct?
25  A     Yes.

Page 42

1 Q You can answer.
2 A Well, knowing that Isabella's father was
3 a lawyer, and after we had the same claims, I
4 think it was just a given.
5 Q So, it's your testimony that it was
6 Isabella's idea to talk to her dad about
7 potential claims against Chipotle?
8 MR. SALPIETRO: Objection to the
9 form.
10 THE WITNESS: Sure.
11 BY MS. TURNER:
12 Q You have been friends with Isabella
13 Salpietro for a long time, right?
14 A Yes.
15 Q How long have you been friends with her?
16 A I believe since 2012.
17 Q Do you recall what grade you were in
18 when you met her and became friends?
19 A 9th grade.
20 Q What about Megan Fox, how long have you
21 been friends with her?
22 A The same.
23 Q Are you still close friends today?
24 A Yes.
25 Q Are you family friends with the

Page 43

1 Salpietro family?
2 A No.
3 Q Do your parents ever hang out with Mr.
4 or Mrs. Salpietro, or whatever the family is
5 at the Salpietro home?
6 A No.
7 Q Shortly before the August 2020
8 transaction at issue, you were on vacation
9 with Isabella Salpietro in South Carolina; is
10 that right?
11 A Yes.
12 Q Who was on that trip with you and
13 Isabella?
14 A Megan Fox and Carley Martin.
15 Q How long were you there?
16 A I don't remember.
17 Q Was it more than a week?
18 A No.
19 Q Was it just for vacation for fun?
20 A Yes.
21 Q During that trip did you talk about
22 anything relating to Chipotle, or correct
23 change, or the coin shortage?
24 A No.
25 Q All of that arose after you got back to

Page 44

1 the Pittsburgh area from South Carolina?
2 A Yes.
3 Q Did Isabella tell you that her father
4 was a class action lawyer?
5 A Yes.
6 Q Did she tell you that he could help you
7 obtain a monetary recovery if you decided to
8 sue Chipotle?
9 A No.
10 Q Did you ever talk to your parents about
11 filing the lawsuit against Chipotle before you
12 decided to hire Mr. Salpietro?
13 A Yes.
14 Q What did you say to your parents? What
15 was the discussion with your parents?
16 A The discussion was my claim.
17 Q What did you tell them about what
18 happened?
19 A I told them exactly what happened at
20 Chipotle.
21 Q Did you tell them that you were going to
22 hire a lawyer?
23 A I told them that I had thought about it.
24 Q What was their response to that?
25 A Okay.

Page 45

1 Q They didn't have any opinions on you
2 hiring a lawyer for this, one way or the
3 other?
4 A They knew my claim.
5 Q Did they have any opinions on you hiring
6 a lawyer for your claims in this case?
7 A Yes.
8 Q What were their opinions that they told
9 you?
10 A They supported me.
11 Q Did they think it was a good idea?
12 MR. SALPIETRO: Objection to the
13 form. You can answer, if you know.
14 THE WITNESS: I don't know.
15 BY MS. TURNER:
16 Q Did Isabella ever talk to you about a
17 potential lawsuit involving the change
18 shortage, or getting correct change at
19 Chipotle, before you arrived at Chipotle on
20 August 18th?
21 A I don't remember.
22 Q She could have, but you can't remember
23 one way or the other?
24 A We had spoken about what happened to Ms.
25 Fox.

Page 46

1 Q That was before you went to Chipotle on
2 the 18th?
3 A Yes.
4 Q Did Ms. Fox or Isabella tell you about
5 what happened to Megan Fox at Chipotle?
6 A Megan.
7 Q Then at some point you said you had
8 spoken to Isabella about it. How did Isabella
9 find out about what happened to Megan at
10 Chipotle, if you know?
11 A The three of us had spoken about it.
12 Q So, when you went into Chipotle on
13 August 18th, and paid in cash, you were aware
14 of what Megan Fox had told you about her
15 transaction?
16 A Yes.
17 Q And you were trying to see what would
18 happen if you tried to pay with cash at
19 Chipotle to see if the same thing would happen
20 to you?
21 A Yes.
22 Q You were testing to see if the same
23 issue that occurred with Ms. Fox would happen
24 to you during your transaction; is that right?
25 A Yes.

Page 47

1 Q If you weren't trying to test what would
2 happen in a cash transaction, you wouldn't
3 have paid in cash; is that right?
4         MR. SALPIETRO: Objection to the
5 form.
6         THE WITNESS: I'm not
7 sure.
8 BY MS. TURNER:
9 Q Other than the transaction on August
10 18th, have you ever paid in cash for food at
11 Chipotle before?
12 A I believe so.
13 Q Do you remember how many times other
14 than August 18th you ever paid for anything in
15 cash at Chipotle?
16 A I don't remember.
17 Q Do you think it was more than once?
18 A I don't remember.
19 Q You have no idea whether it was one time
20 or ten times?
21 A No.
22 Q I'm going to enter another exhibit in
23 just a second. I'm looking for it. Before I
24 get to the exhibit, do you have a fee
25 agreement with your lawyer where you have to

Page 48

1 pay any of the fees and expenses in this
2 case?
3         MR. SALPIETRO: Objection. I'll
4 instruct the witness not to answer any
5 questions regarding a fee arrangement as set
6 forth in our responses and objections to the
7 interrogatories and the cases cited therein.
8         MS. TURNER: I'm going to ask a
9 few more questions. I understand your
10 position.
11 BY MS. TURNER:
12 Q Have you had to pay any money
13 out-of-pocket to prosecute this lawsuit, Ms.
14 McMahon?
15 A No.
16 Q Is it your understanding that you will
17 ever have to pay any money out-of-pocket to
18 prosecute this lawsuit?
19         MR. SALPIETRO: Objection to the
20 form.
21 BY MS. TURNER:
22 Q You can answer.
23 A No.
24 Q Do you know anything about what type of
25 damages you're seeking in this lawsuit?

Page 49

1         MR. SALPIETRO: Objection to the
2 form.
3 BY MS. TURNER:
4 Q You can answer.
5 A I'm not sure.
6 Q You said you're not sure. Just one more
7 question to make sure I fully understand. You
8 don't know one way or the other what types of
9 damages or remedies your counsel is seeking in
10 this lawsuit?
11 A I don't know.
12 Q When you say you don't know, is it that
13 you're not sure whether you know, or do you
14 know anything about the remedies or damages
15 that your counsel is seeking in this lawsuit?
16         MR. SALPIETRO: I'll object to
17 the form, calls for legal conclusion.
18 BY MS. TURNER:
19 Q You can answer.
20 A I'm not sure if I know.
21 Q It's possible you know?
22 A Yes.
23 Q Is there anything that would help
24 refresh your recollection about the damages or
25 remedies that your counsel is seeking in this