# EXHIBIT 6

Exhibit 0004

| CDP_CUSTOMER_ID | FIRST_NM | LAST_NM | ENRICHED_CITY_TXT | ENRICHED_STATE_TXT | CHECKKEY | CHECKDATE | TENDERNAME | RESTAURANTNUMBER | RESTAURANTNAME |
|---|---|---|---|---|---|---|---|---|---|
| | Bridget | McMahon | | PA | | 5/7/2018 | Visa | | Carnegie Mellon |
| | Bridget | McMahon | | PA | | 8/10/2018 | Visa | | Univ of Pittsburgh |
| | Bridget | McMahon | | PA | | 8/14/2018 | Visa | | Univ of Pittsburgh |
| | Bridget | McMahon | | PA | | 8/17/2018 | Visa | | Univ of Pittsburgh |
| | Bridget | McMahon | | PA | | 2/27/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 2/27/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 4/25/2019 | Prepaid | | Cranberry Township |
| | Bridget | McMahon | | PA | | 4/25/2019 | Visa | | Cranberry Township |
| | Bridget | McMahon | | PA | | 5/14/2019 | Visa | | McKnight |
| | Bridget | McMahon | | PA | | 5/16/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 5/17/2019 | Visa | | Wexford |
| | Bridget | McMahon | | PA | | 5/21/2019 | Prepaid | | Wexford |
| | Bridget | McMahon | | PA | | 5/21/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 5/23/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 5/31/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 5/31/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 6/5/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 6/5/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 6/11/2019 | Visa | | McKnight |
| | Bridget | McMahon | | PA | | 6/18/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 6/18/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 6/25/2019 | Visa | | Market Square |
| | Bridget | McMahon | | PA | | 6/25/2019 | Prepaid | | Market Square |
| | Bridget | McMahon | | PA | | 7/13/2019 | Visa | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 7/13/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 7/17/2019 | Prepaid | | McCandless Towne Center |
| | Bridget | McMahon | | PA | | 7/17/2019 | Visa | | Market Square |
| | Bridget | McMahon | | PA | | 7/19/2019 | Visa | | Market Square |
| | Bridget | McMahon | | PA | | 8/7/2019 | Prepaid | | Allison Park |
| | Bridget | McMahon | | PA | | 8/7/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 8/10/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 8/10/2019 | Prepaid | | Allison Park |
| | Bridget | McMahon | | PA | | 8/13/2019 | Visa | | Market Square |
| | Bridget | McMahon | | PA | | 9/7/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 10/12/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 10/12/2019 | Prepaid | | Logan Town Center Altoona |
| | Bridget | McMahon | | PA | | 12/14/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 12/14/2019 | Prepaid | | Allison Park |
| | Bridget | McMahon | | PA | | 12/29/2019 | Prepaid | | Allison Park |
| | Bridget | McMahon | | PA | | 12/29/2019 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 1/5/2020 | Visa | | Allison Park |
| | Bridget | McMahon | | PA | | 1/5/2020 | Prepaid | | Allison Park |

**Exhibit 4**
**(Plaintiffs' Motion to Compel Discovery Responses)**

| First | Last | State | Date | Payment | City |
|---|---|---|---|---|---|
| Bridget | McMahon | PA | 2/16/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 2/16/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 2/17/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 2/17/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 2/23/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 2/23/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 3/7/2020 | Visa | Fort Lauderdale North |
| Bridget | McMahon | PA | 3/7/2020 | Prepaid | Fort Lauderdale North |
| Bridget | McMahon | PA | 3/20/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 3/20/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 4/14/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 4/14/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 4/24/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 4/24/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 5/27/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 5/27/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 6/10/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 6/10/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 6/23/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 6/23/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 6/27/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 6/27/2020 | Gift Card | Market Square |
| Bridget | McMahon | PA | 7/9/2020 | Prepaid | Market Square |
| Bridget | McMahon | PA | 7/9/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 7/12/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 7/16/2020 | Prepaid | Wexford |
| Bridget | McMahon | PA | 7/16/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 7/22/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 7/22/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 7/26/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 7/30/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 7/30/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 8/4/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 8/4/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 8/18/2020 | Cash | Allison Park |
| Bridget | McMahon | PA | 9/16/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 9/21/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 9/21/2020 | Prepaid | Allison Park |
| Bridget | McMahon | PA | 9/30/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 10/5/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 10/12/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 10/22/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 11/3/2020 | Prepaid | Allison Park |

| | | | | | |
|---|---|---|---|---|---|
| Bridget | McMahon | PA | 11/3/2020 | Visa | Allison Park |
| Bridget | McMahon | PA | 11/8/2020 | Visa | Baum & Millvale |
| Bridget | McMahon | PA | 11/8/2020 | Prepaid | Baum & Millvale |
| Bridget | McMahon | PA | 11/8/2020 | Prepaid | Univ of Pittsburgh |
| Bridget | McMahon | PA | 11/8/2020 | Visa | Univ of Pittsburgh |
| Bridget | McMahon | PA | 11/8/2020 | Visa | Baum & Millvale |
| Bridget | McMahon | PA | 11/8/2020 | Visa | Univ of Pittsburgh |
| Bridget | McMahon | PA | 12/3/2020 | Prepaid | Univ of Pittsburgh |
| Bridget | McMahon | PA | 12/3/2020 | Visa | Univ of Pittsburgh |
| Bridget | McMahon | PA | 12/15/2020 | Prepaid | Carnegie Mellon |
| Bridget | McMahon | PA | 12/15/2020 | Visa | Carnegie Mellon |
| Bridget | McMahon | PA | 12/26/2020 | Visa | Baum & Millvale |
| Bridget | McMahon | PA | 12/26/2020 | Prepaid | Baum & Millvale |
| Bridget | McMahon | PA | 1/12/2021 | Prepaid | Market Square |
| Bridget | McMahon | PA | 1/12/2021 | Visa | Market Square |
| Bridget | McMahon | PA | 1/27/2021 | Visa | Market Square |
| Bridget | McMahon | PA | 1/27/2021 | Prepaid | Market Square |
| Bridget | McMahon | PA | 2/6/2021 | Visa | Carnegie Mellon |
| Bridget | McMahon | PA | 2/6/2021 | Prepaid | Carnegie Mellon |
| Bridget | McMahon | PA | 4/3/2021 | Prepaid | Carnegie Mellon |
| Bridget | McMahon | PA | 4/3/2021 | Visa | Carnegie Mellon |
| Bridget | McMahon | PA | 4/5/2021 | Visa | Carnegie Mellon |
| Bridget | McMahon | PA | 4/10/2021 | Prepaid | Market Square |
| Bridget | McMahon | PA | 4/10/2021 | Visa | Market Square |
| Bridget | McMahon | PA | 4/11/2021 | Prepaid | Market Square |
| Bridget | McMahon | PA | 4/11/2021 | Visa | Market Square |
| Bridget | McMahon | PA | 4/12/2021 | Visa | Market Square |
| Bridget | McMahon | PA | 6/11/2021 | Prepaid | Market Square |
| Bridget | McMahon | PA | 6/11/2021 | Visa | Market Square |