IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN FOX, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHIPOTLE MEXICAN GRILL, INC. trading and doing business as CHIPOTLE, <br><br> *Defendant*. | Civil Action No. 2: 20-cv-1448 <br><br> Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 26th day of January 2022, upon consideration of Plaintiffs' Motion for Leave to Withdraw Class Representative, Amend the Class Action Complaint, and Substitute/Allow Intervention of New Class Representative, it is hereby ORDERED that the Motion is **GRANTED**. Megan Fox's claims are hereby withdrawn pursuant to F.R.C.P. 41(a)(2). It is further Ordered that James Rice shall be permitted to intervene in this action, and to substitute as a Class Representative in Place of Megan Fox. Leave is granted to file an Amended Class Action Complaint substantially in the form attached as Exhibit A to Plaintiffs' Motion.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE