IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIDGET MCMAHON and JAMES RICE, *on behalf of themselves and all others similarly situated*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>CHIPOTLE MEXICAN GRILL, INC. trading and doing business as CHIPOTLE,<br><br>      *Defendant*. | Civil Action No. 2: 20-cv-1448<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 25th day of February 2022, upon consideration of Plaintiffs' Motion for Leave to Take Depositions (ECF No. 108), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. The Motion is DENIED in that Plaintiffs will not be given leave to take an additional twenty-four depositions. Rule 30(a)(1) provides for ten depositions without leave of Court. Just days before the close of discovery Plaintiffs seek leave to take twenty-four depositions. The Court, in the exercise of its sound discretion, finds that this request is unreasonable and is not consistent with the exception set forth at Rule 30(a)(2). Having reviewed Plaintiffs' Motion and Defendant's Response (ECF No. 110), the Court notes that—in the course of the parties' meet and confer preceding the filing of the instant Motion—Chipotle offered Plaintiffs eight depositions of their choice. The Court believes that this accommodation is reasonable. As such, the Motion is GRANTED to the extent that Plaintiffs

will be given leave to take eight depositions of their choice.[1] Counsel for the parties shall meet and confer to set reasonable dates for these depositions. The depositions shall be completed within such time as to not delay certification.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that Plaintiffs chose to depose him, Mr. Garner's deposition will count as one of the eight depositions permitted by this Order.