IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIDGET MCMAHON and JAMES RICE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE,<br><br>      Defendant. | CIVIL ACTION NO. 2:20-cv-01448-WSS |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF MATTHEW E. POHL**

Pending before the Court is Defendant's Motion for Leave to File Reply in Support of Its Motion to Exclude Opinions and Testimony of Matthew E. Pohl. Having considered the Motion and all other matters of record, for good cause shown IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant shall be allowed to file a reply to Plaintiff's Response in Opposition to Defendant's Motion to Exclude Opinions and Testimony of Matthew E. Pohl (Doc. 202–03) not to exceed eight (8) pages, excluding attachments, ~~within seven (7) days of the date of this Order.~~ on or before 2-16-23.

BY THE COURT:

*/s/ William S. Stickman IV*

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

2/7/23
Date