IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIDGET MCMAHON and JAMES RICE, on behalf of themselves and all others similarly situated,

        *Plaintiffs*,

v.

CHIPOTLE MEXICAN GRILL, INC., t/d/b/a CHIPOTLE,

        *Defendant*.

Civil Action No. 2:20-cv-1448

Hon. William S. Stickman IV

### JUDGMENT ORDER

AND NOW, this 1 day of May 2024, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Defendant Chipotle Mexican Grill, Inc. and against Plaintiffs Bridget McMahon and James Rice, on behalf of themselves and all others similarly situated. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE